UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY DANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 20-cv-06650-JST<br><br>**ORDER DISMISSING CASE** |

On October 28, 2020, the Court ordered Plaintiff Andy Dang to file a response to Defendant United States of America's motion to dismiss on or before November 25, 2020. ECF No. 13. The Court also advised that, "[f]ailure to file an opposition by that date will result in the dismissal of this case for failure to prosecute." *Id.*

To date, Dang has filed neither an opposition nor a statement of non-opposition to Defendant's motion to dismiss, and the deadline for doing so has now passed. Accordingly, the Court now dismisses this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 30, 2020



JON S. TIGAR
United States District Judge